UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

LG Capital Funding, LLC,

                Plaintiff,

v.

WindStream Technologies, Inc.,

                Defendant.

------------------------------------------------------------

Civil Action No.: 17-cv-04394-DAB

**Notice of Withdrawal**

TO: The Orders and Judgment Clerks:

**PLEASE TAKE NOTICE** that Chris Han is no longer associated with Garson, Segal, Steinmetz, Fladgate LLP and should be removed from the Court's service list with respect to the above referenced action. Garson, Segal, Steinmetz, Fladgate LLP continues to serve as counsel for Plaintiff, LG Capital Funding, LLC, through its attorney Kevin Kehrli, and all future correspondence and papers in this action should continue to be directed to him.

DATED: New York, New York
           February 5, 2018

                                      Respectfully submitted,

                                      By: _____
                                            Chris Han (CH8800)

SO ORDERED

*Deborah A. Batts*
Deborah A. Batts
U.S.D.J.

Dated: March 5, 2018