UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                        :
LG CAPITAL FUNDING, LLC,                :
                                        :
                        Plaintiff,      :    17cv4394 (DLC)
                                        :
                -v-                     :        ORDER
                                        :
WINDSTREAM TECHNOLOGIES, INC.,          :
                                        :
                        Defendant.      :
                                        :
---------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/2020

DENISE COTE, District Judge:

The plaintiff having requested a default judgment on April 10, 2019, it is hereby

ORDERED that the plaintiff shall serve this Order on or before **March 3, 2020** by certified overnight mail.

IT IS FURTHER ORDERED that a default judgment hearing will be held at **noon** on **March 13, 2020** in **Courtroom 18B**, 500 Pearl Street, New York, New York, 10007. Failure of the defendant to appear will result in entry of a default or a default judgment.

Dated:   New York, New York
         February 28, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge